# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

1 DANIEL G. BOGDEN
United States Attorney
2 KIMBERLY M. FRAYN
Assistant U.S. Attorney
3 Lloyd D. George Federal Building
333 Las Vegas Blvd. S., Ste 5000
4 Las Vegas, NV 89101
Telephone (702) 388-6300
5 Attorneys for the Plaintiff

```
                FILED              RECEIVED
                ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    NOV - 4 2014

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
            BY:                         DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SEALED CRIMINAL INDICTMENT |
| Plaintiff, ) | 2:14- CR - 357 |
| vs. ) | VIOLATION: |
| ) | 18 United States Code § 1951(a) - Hobbs Robbery Conspiracy (Count I); 18 United States Code § 1951(a) - Interference with Commerce by Robbery (Count II); 18 United States Code § 924(c)(1)(A) - Use and Carry of Firearm in Relation to a Crime of Violence (Counts III); and 18 United States Code § 2 - Aiding and Abetting |
| BRIAN WRIGHT, and ) | |
| DANIELLE PERREIRA, ) | |
| Defendants. ) | |

**THE GRAND JURY CHARGES THAT:**

**Count One**
(Conspiracy to Interfere with Commerce by Robbery)

Beginning on a date unknown, but not later than April 28, 2014 and continuing through on or about May 20, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and**
**DANIELLE PERREIRA,**

defendants herein, did agree and conspire together and with others known and unknown, to unlawfully obstruct, delay or affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title18, United States Code, Section 1951, in that the

1

defendants did unlawfully take and obtain property, consisting of cash monies and other property, from MJ Cristensen Diamonds, 8980 West Charleston Boulevard, Las Vegas, NV; Jared's Galleria of Jewelry, 2110 North Rainbow Avenue, Las Vegas, NV; and MJ Cristensen Diamonds, 10400 South Eastern Avenue, Henderson, NV; all businesses that affect interstate commerce, from the persons of employees of the aforementioned locations, against their will, by means of actual or threatened force or violence; all in violation of Title 18, United States Code, Section 1951.

## Count Two
(Interference with Commerce by Robbery)

On or about May 8, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and
DANIELLE PERREIRA,**

defendants herein, did unlawfully obstruct, delay or affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property, consisting of jewelry and other property, from the person of M.C. and B.W., employees of Jared's Galleria of Jewelry, 2110 North Rainbow Avenue, Las Vegas, NV, against their will, by means of actual or threatened force or violence; all in violation of Title 18, United States Code, Section 1951; and Title 18, United States Code, Section 2.

**Count Three**
(Brandishing a Firearm in Furtherance of a Crime of Violence)

On or about May 8, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and
DANIELLE PERREIRA,**

defendants herein, during and in relation to the crime of violence charged in Count Two of this indictment, knowingly and intentionally used and carried a firearm to wit: a black handgun of unknown make and model; and a Glock, Model 22, .40 Caliber semiautomatic hand gun, bearing serial number GPR334, and said firearm was brandished. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii) and Title 18, United States Code, Section 2.

DATED: this 4th day of November, 2014.

A TRUE BILL:

/S/
**FOREPERSON OF THE GRAND JURY**

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney