DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0357-APG-VCF |
| Plaintiff, | ORDER |
| vs. | |
| BRIAN WRIGHT, | |
| Defendants. | |

IT IS THE ORDER OF THE COURT that the Government shall have up to and including January 19, 2015, within which to file its response to defendant's motion, doc. no. 19. The defendant will have until on or before ___January 27___, 2015 to file any Reply.

Dated this _5th_ day of January, 2015.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE