```
     ___FILED          ___RECEIVED
     ___ENTERED        ___SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN 1 3 2015

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
     BY:_____DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   Assistant U.S. Attorney
3  Lloyd D. George Federal Building
   333 Las Vegas Blvd. S., Ste 5000
4  Las Vegas, NV 89101
   Telephone (702) 388-6300
5  Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SUPERSEDING CRIMINAL<br>) INDICTMENT<br>)<br>) 2:14- CR - 00357-APG-VCF<br>)<br>)<br>) VIOLATION:<br>) 18 U.S.C. § 1951(a) - Hobbs Robbery<br>) Conspiracy (Count I); 18 U.S.C. § 924(c)(1)(A)<br>) - Use and Carry of Firearm in Relation to a<br>) Crime of Violence (Counts II and IV); 18<br>) U.S.C. § 1951(a) - Interference with Commerce<br>) by Robbery (Count III); 18 U.S.C. § 2 - Aiding<br>) and Abetting; (Count II and IV); 18 U.S.C. §<br>) 922(g)(1) and 924(a)(2) – Felon in Possession<br>) of a Firearm (Count V).<br>) |
| Plaintiff, | |
| vs. | |
| BRIAN WRIGHT, and<br>DANIELLE PERREIRA, | |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

**Count One**
(Conspiracy to Interfere with Commerce by Robbery)

Beginning on a date unknown, but not later than April 28, 2014, and continuing through on or about May 20, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and**
**DANIELLE PERREIRA,**

defendants herein, did agree and conspire together and with others known and unknown, to unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by

1

robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property, consisting of cash monies and other property, from MJ Christensen Diamonds, 8980 West Charleston Boulevard, Las Vegas, Nevada; Jared's Galleria of Jewelry, 2110 North Rainbow Avenue, Las Vegas, Nevada; and MJ Christensen Diamonds, 10400 South Eastern Avenue, Henderson, Nevada; all businesses that affect interstate commerce, from the persons of employees of the aforementioned locations, against their will, by means of actual and threatened force and violence; all in violation of Title 18, United States Code, Section 1951.

### Count Two
(Brandishing a Firearm in Furtherance of a Crime of Violence)

Beginning on a date unknown, but not later than April 28, 2014, and continuing through on or about May 20, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and**
**DANIELLE PERREIRA,**

defendants herein, during and in relation to the crime of violence charged in Count One of this indictment, knowingly and intentionally used and carried a firearm to wit: a silver handgun of unknown make and model, and said firearm was brandished; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii) and Title 18, United States Code, Section 2.

### Count Three
(Interference with Commerce by Robbery)

On or about May 8, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and**
**DANIELLE PERREIRA,**

defendants herein, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title18, United States Code, Section 1951,

in that the defendants did unlawfully take and obtain property, consisting of jewelry and other property, from the persons of M.C. and B.W., employees of Jared's Galleria of Jewelry, 2110 North Rainbow Avenue, Las Vegas, NV, against their will, by means of actual and threatened force and violence; all in violation of Title 18, United States Code, Section 1951; and Title 18, United States Code, Section 2.

### Count Four
(Brandishing a Firearm in Furtherance of a Crime of Violence)

On or about May 8, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT, and**
**DANIELLE PERREIRA,**

defendants herein, during and in relation to the crime of violence charged in Count Three of this indictment, knowingly and intentionally used and carried a firearm to wit: a black handgun of unknown make and model; and a Glock, Model 22, .40 Caliber semiautomatic hand gun, bearing serial number GPR334, and said firearm was brandished; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (iii) and Title 18, United States Code, Section 2.

### Count Five
(Felon In Possession of a Firearm)

On or about June 6, 2014, in the State and Federal District of Nevada,

**BRIAN WRIGHT**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Conspiracy to Commit Robbery, Burglary while in Possession of a Firearm and Robbery with the Use of a Deadly Weapon, on or about March 22, 2007, in Case No. C228928, in the Eighth Judicial District Court, Clark County, did knowingly possess a firearm, to wit: a Glock Model 27 .40 caliber handgun bearing serial number "VNG189," said possession being in and affecting interstate commerce and said firearm

having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

DATED: this 13th day of January, 2015.

**A TRUE BILL**:

/S/
_____
**FOREPERSON OF THE GRAND JURY**

DANIEL G. BOGDEN
United States Attorney

_/s/ Kimberly M. Frayn_
KIMBERLY M. FRAYN
Assistant United States Attorney