**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00357-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the Court is Defendant's Motion to Dismiss Counsel and Appoint New Counsel. (#41).

**A. Background**

Defendant made his initial appearance on November 13, 2014 and CJA panel attorney, Jennifer Waldo, was appointed as counsel of record. (#7). Defendant was remanded to custody. Defendant appeared before the court on January 22, 2015, for his arraignment and plea and Defendant pleaded not guilty to Counts 1 - 5. (#32). Jury trial is scheduled for April 13, 2015. *Id.*

**B. Motion**

Defendant Wright filed the instant motion on his own behalf. (#41). He is seeking to dismiss his attorney, Jennifer Waldo, Esq. and requests the court appoint him new counsel. *Id.*

**C. Discussion**

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Ms. Waldo is defendant's counsel of record (#7) and has not filed a motion to withdraw as counsel, defendant may not file motions on his own

behalf. *See* Local Rule IA 10-6(a). The motion to dismiss counsel filed by Defendant is deemed improper and stricken.

Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss Counsel and Appoint New Counsel (#41) is hereby STRICKEN.

DATED this 12th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE