**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00357-APG-VCF |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the court is the Motion to Withdraw as Counsel (#60).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (#60) is scheduled for 11:00 a.m., June 26, 2015, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 12th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE