UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BRIAN WRIGHT and DANIELLE PERREIRA,<br><br>                    Defendants. | Case No. 2:14-cr-357-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING MOTION TO DISMISS FOR DEFECT IN JURISDICTION**<br><br>(Dkt. ##62, 68) |

Defendant Brian Wright filed a motion to dismiss the government's Superseding Indictment, arguing the court lacks jurisdiction over the charged offenses. (Dkt. #62.) Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion (Dkt. #68.) No objection has been filed. Nevertheless, I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision. Therefore,

IT IS ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #68) is ACCEPTED**, and Wright's motion to dismiss **(Dkt. #62) is DENIED**.

Dated: August 4, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE