UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WRIGHT,<br><br>Defendant. | Case No. 2:14-cr-357-APG-VCF<br><br>**ORDER DENYING MOTION TITLED "DEMAND FOR SPEEDY TRIAL"**<br><br>(Dkt. #81) |

Defendant Brian Wright has filed a Motion titled "Demand for Speedy Trial" (Dkt. #81) seeking to advance his trial date under 18 U.S.C. §3161. As detailed in the Government's response to the motion (Dkt. #93), the trial has been delayed for various reasons, all of which are proper under the Speedy Trial Act. Moreover, defendant Wright has filed various motions in this case, which toll the speedy trial timeline under 18 U.S.C. §3161(h)(1)(D). Because defendant Wright's rights under the Speedy Trial Act have not been violated, his motion **(Dkt. #81) is DENIED.**

Dated: August 25, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE