# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>　　　　　Defendant. | 2:14-cr-00357-APG-VCF<br><br>**ORDER** |

　　　Before the court is the Motion for Extension of Time to File Response (#102).

　　　IT IS HEREBY ORDERED that any opposition to this the Motion for Extension of Time to File Response must be filed on or before September 4, 2015.  No reply necessary.

　　　DATED this 28th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE