**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN WRIGHT, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cr-357-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION**<br><br>(Dkt. #95) |

　　　Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of defendant Brian Wright's motion to dismiss (Dkt. #72), denying Wright's motion to compel (Dkt. #70), and deferring to me a decision on Wright's motion to sever (Dkt. #71). (Dkt. #95.) Wright filed an objection. I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for the decision. Therefore,

　　　IT IS ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #95) is ACCEPTED**. Wright's motions to dismiss **(Dkt. #62)** and his motion to compel **(Dkt. #70) are DENIED**. I will decide Wright's motion to sever (Dkt. #71) after the government submits its *Bruton* material for *in camera* review.

　　　Dated: September 2, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE