**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>　　　　　　Defendant. | Case No. 2:14–cr–357–APG–VCF<br><br>**ORDER**<br><br>Emergency Motion for Discovery (#146)<br>Emergency Motion for Discovery (#147) |

　　　This matter involves the United States' prosecution of Brian Wright under, *inter alia*, the Hobbs Act, 18 U.S.C. § 1951. Before the court are Mr. Wright's two Emergency Motions for Discovery (#146, #147[1]). For the reasons stated below, Mr. Wright's motions are denied.

　　　Although Mr. Wright styled his motions are "emergency" motions, they do not contain an affidavit setting forth the nature of the emergency. *See* LR 7-5(d)(1). The court's review indicates that no emergency exists. *See id.* ("It shall be within the sole discretion of the Court to determine whether any such matter is, in fact, an emergency."); *see also* Fed. R. Crim. P. 57(b) ("A judge may regulate practice in any manner consistent with federal law, these rules, and the local rules of the district.").

　　　Mr. Wright seeks three categories of information: (1) a copy of Philbert Cole's recorded statement; (2) grand-jury transcripts related to Mr. Wright's indictment; and (3) a copy of Mr. Cole's plea agreement. *See*, *e.g.*, (Doc. #146 at 5–6). These requests are without merit. First, the government has already produced copies of Mr. Cole's recorded statements. *See* (Doc. #155 at 4).

---

[1] Parenthetical citations refer to the court's docket. Mr. Wright's motions are identical.

Second, the court has previously denied Mr. Wright's request to obtain grand-jury transcripts, *see* (Doc. #95), and Mr. Wright has not articulated appropriate grounds for the court to reconsider or reverse its decision.

Third, the government has already produced a copy of Mr. Cole's plea agreement. Therefore, Mr. Wright's Emergency Motions for Discovery (#146, #147) are denied.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Mr. Wright's Emergency Motion for Discovery (#146) is DENIED.

IT IS FURTHER ORDERED that that Mr. Wright's Emergency Motion for Discovery (#147) is DENIED.

IT IS SO ORDERED.

DATED this 1st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE