


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNTED STATES OF AMERICA,

Plaintiff,

v.

BRIAN WRIGHT,

Defendant.

Case No. 2:14-cr-357-APG-VCF

**ORDER DENYING MOTION TO DIMISS FOR SPEEDY TRIAL VIOLATIONS**

(DKT. #158)

Defendant Brian Wright has filed a motion to dismiss for alleged violations of his rights under the "Speedy Trial Act." (Dkt. #158). As detailed in the Government's response to the motion (Dkt. #165) and in its response to Wright's prior similar motion (Dkt. #93), the trial has been delayed for various reasons, all of which are proper under the Speedy Trial Act. Moreover, defendant Wright has filed many motions in this case, which toll the speedy trial timeline under 18 U.S.C. §3161(h)(1)(D). Because defendant Wright's rights under the Speedy Trial Act have not been violated, his motion **(Dkt. #158) is DENIED.**

Dated: December18, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE