# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-357-APG-VCF |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT & RECOMMENDATION REGARDING MOTION TO DISMISS** |
| BRIAN WRIGHT, *et al.*, | |
| Defendants. | (Dkt. ##116, 121) |

Magistrate Judge Ferenbach issued a Report & Recommendation (Dkt. #121) recommending denial of defendant Brian Wright's motion to dismiss (Dkt. #116). Wright did not file an objection to Judge Ferenbach's Report & Recommendation. Nevertheless, I have conducted a *de novo* review of the Report & Recommendation and related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for the decision. Therefore,

IT IS ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #121) is ACCEPTED**. Wright's motions to dismiss **(Dkt. #116) is DENIED**.

Dated: December 18, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE