UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WRIGHT, *et al.*,<br><br>Defendants. | Case No. 2:14-cr-357-APG-VCF<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION REGARDING MOTION TO SUPPRESS<br><br>(Dkt. ##100, 140) |

Magistrate Judge Ferenbach issued a Report & Recommendation (Dkt. #140) recommending denial of defendant Brian Wright's motion to suppress (Dkt. #100). Wright filed an objection (Dkt. #148) to Magistrate Judge Ferenbach's Report & Recommendation, as well as both a reply (Dkt. #145) and a supplement (Dkt. #162) in support of his original motion after entry of the Report & Recommendation. I have conducted a *de novo* review of the Report & Recommendation and all related papers. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis and factual bases for the decision. Therefore,

IT IS ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #140) is ACCEPTED**. Wright's motions to suppress **(Dkt. #100) is DENIED**.

Dated: December 18, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE