UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN WRIGHT and DANIELLE PERREIRA,<br><br>　　　　　　　Defendants. | Case No. 2:14-cr-357-APG-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION DENYING DEFENDANT WRIGHT'S MOTION TO DISMISS**<br><br>(Dkt. ##154, 177) |

　　Defendant Brian Wright filed a motion to dismiss counts one, two, three, and four of the Superseding Indictment. (Dkt. #154.)  Magistrate Judge Ferenbach issued a Report & Recommendation recommending denial of the motion (Dkt. #177.)  No objection has been filed to that Report & Recommendation.  Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).[1]  Because there is no objection, I may accept the recommendation without review.  Therefore,

　　IT IS ORDERED that Magistrate Judge Ferenbach's Report & Recommendation **(Dkt. #177) is ACCEPTED** and Wright's motion to dismiss **(Dkt. #154) is DENIED**.

　　Dated: February 3, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia*, "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").