# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>　　　　　　Defendant. | 2:14-cr-00357-APG-VCF<br>**ORDER** |

　　　　Before the court is the Government's Emergency Motion to Seal Defendant's Subpoenas (#191). The attachment to Defendant's motion for issuance of subpoenas (#190-1) contains confidential information.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the Government's Emergency Motion to Seal Defendant's Subpoenas (#191) is GRANTED.

　　　　The Clerk of Court is directed to seal docket number 190-1.

　　　　DATED this 10th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE