**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,          )
                    Plaintiff,     )    **Case No. 2:14-cr-357-APG-VCF**
                                   )
        vs.                        )
                                   )    **ORDER TEMPORARILY**
BRIAN WRIGHT, et al.,              )    **UNSEALING NOTES**
                    Defendants.    )
_____          )

On 4-14-2016, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a hearing, in which a portion of the hearing was sealed, held on 3-30-2016, from Brian Wright.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Brian Wright.

**IT IS FURTHER ORDERED** that the sealed portion of the transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this _20ᵗʰ_ day of _April_, 2016.

_____
ANDREW P. GORDON
United States District Judge