**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>        Defendant. | 2:14-cr-00357-APG-VCF<br><br>**ORDER** |

    Before the Court is Brian Wright's Motion for Return of Property (ECF No. 309) and the Government's Response to Defendant's Motion for Return of Property (ECF No. 310).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on Wright's Motion for Return of Property (ECF No. 309) is scheduled for 1:30 p.m., January 25, 2017, in courtroom 3A.  Brian Wright and Lance A. Maningo, Esq. must attend the hearing.

    The Clerk of Court is directed to mail a copy of this Order to Brian Wright at 5905 Smoke Ranch Rd., Unit C, Las Vegas, Nevada 89108 and 2190 East Mesquite Ave., Pahrump, Nevada 89060.

    DATED this 12th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE