**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN WRIGHT and DANIELLE PERREIRA,<br><br>　　　　　　　Defendants. | Case No. 2:14-cr-357-APG-VCF<br><br>**ORDER DENYING MOTION FOR THE TRANSCRIPT FROM REVOCATION HEARING**<br><br>(ECF No. 352) |

Defendant Brian Wright moves for the transcript of the revocation hearing. ECF No. 352. I deny the motion because Wright has counsel and he therefore cannot request the transcript pro se. *See* LR IA 11-6(a). Further, his motion is moot because his counsel has already requested the transcript from the revocation hearing. ECF No. 348.

For the foregoing reasons, Wright's motion for transcript (**ECF No. 352) is DENIED.**

Dated: April 4, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE