UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>    Defendant. | Case No. 2:14-cr-00357-APG-VCF-1<br><br>**[PROPOSED] ORDER TO VACATE HEARING** |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

The hearing in this case currently scheduled for 10:00 am on April 21, 2017, is hereby VACATED.

IT IS SO ORDERED.

Dated: April 14th, 2017

---------------------------------------------------
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Vacate Hearing,
*United States v. Wright,* Case No. 2:14-c r-00357-APG-VCF-1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

[PROPOSED] ORDER TO VACATE HEARING

To be served via ECF on the United States District Court, which will e-serve

Cristina D. Silva, Esq.　　　　　　　　　　　Attorney for Plaintiff
Assistant U.S. Attorney
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed on April 11, 2017 at Half Moon Bay, California.

*/s/ Mark D. Eibert*

------------------------------------------

[Proposed] Order to Vacate Hearing,
*United States v. Wright,* Case No. 2:14-c r-00357-APG-VCF-1