# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

BRIAN WRIGHT,

               Defendant.

2:14-cr-00357-APG-VCF

**<u>ORDER</u>**

Before the Court is the Motion to Stay Order Requiring Government to Facilitate Return of Property (ECF No. 350). Defendant does not oppose. (ECF No. 359).

Accordingly,

IT IS HEREBY ORDERED that Motion to Stay Order Requiring Government to Facilitate Return of Property (ECF No. 350) is GRANTED.

DATED this 1st day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE