# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00357-APG-VCF |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the Court is the Motion to Release Grand Jury Transcripts. (ECF No. 392).

Angela Dows, Esq. was appointed as counsel of record for Wright on December 22, 2017. (ECF No. 390). On March 29, 2018, Defendant Wright filed the instant motion on his own behalf. (ECF No. 392).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Motion to Release Grand Jury Transcripts (ECF No. 392) from the docket.

IT IS SO ORDERED.

DATED this 2nd day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE