# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>BRIAN WRIGHT,<br><br>      Defendant. | Case No. 2:14-cr-357-APG-NJK<br><br>**ORDER SETTING CONFERENCE REGARDING FORFEITURE** |

The parties have filed briefs regarding the forfeiture issue that was remanded by the Ninth Circuit. It is unclear whether I need to conduct a new evidentiary hearing on the issue, or if I may rely on the transcript of the hearing held by Magistrate Judge Ferenbach. Therefore, I will hold a brief conference with the parties to discuss this issue and Mr. Wright's request to brief the applicability of the recent Supreme Court case of *Timbs v Indiana*. ECF No. 416. The parties should confer ahead of time about whether each believes a new evidentiary hearing is needed, and should consult with their potential witnesses to be able to schedule the evidentiary hearing if needed.

Therefore, a status conference is scheduled for **Friday, March 29, 2019 at 10:00 a.m**. in Courtroom 6C to discuss these issues.

Dated: March 25, 2019.

                   ANDREW P. GORDON
                   UNITED STATES DISTRICT JUDGE