# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>        Defendant. | 2:14-cr-00357-APG-VCF<br>**ORDER** |

Before the court is United States of America v. Brian Wright, case number 2:14-cr-00357-APG-NJK.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, September 6, 2019, in Courtroom 3D.

DATED this 27th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE