NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No 13644
District of Nevada
CHRISTOPHER D. BAKER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Christopher.D.Baker@usdoj.gov

Attorney for Plaintiff, United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00357-APG-VCF |
| Plaintiff, | STIPULATION TO CONTINUE HEARING |
| vs. | (FIRST REQUEST) |
| BRIAN WRIGHT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; and CHRISTOPHER D. BAKER, Assistant United States Attorney, counsel for the United States of America, and Angela Dows, counsel for defendant BRIAN WRIGHT, that the hearing on defendant's motion for return of property currently scheduled for March 31, 2020 at 10:00 a.m., be continued to a date on or after June 1, 2020, or a date at the Court's convenience:

1. The parties appeared in Court on December 30, 2019, for a status conference and to address issues relating to defendant's pending motion for return of property.

2. At the status conference, the government represented that it intended to introduce some of the evidence defendant seeks to have returned – namely, approximately $40,000 in cash

– at the trial of *United States of America v. Matthew Cannon*, then scheduled for February 24, 2020. The Court indicated that the hearing on defendant's motion for return of property should trail the trial of Cannon.

3. Following the status conference, the Court entered an order scheduling the hearing for March 31, 2020.

4. On January 29, 2020, the Hon. U.S. District Judge Richard F. Boulware ordered on stipulation the continuance of the trial of Cannon to April 20, 2020. *See* ECF No. 60 (2:19-CR-00025-RFB-VCF).

5. Accordingly, the parties stipulate that the ends of justice are best served by granting the continuance and rescheduling the hearing for a date on or after June 1, 2020, or a date at the Court's convenience.

6. Counsel for defendant Wright represents that she has not communicated with Wright regarding this stipulation and does not know his views regarding the requested continuance. Accordingly, in the alternative, the government requests that the Court consider this stipulation a motion for continuance for the reasons set forth above.

DATED this 4th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

_/s/_
CHRISTOPHER D. BAKER
Assistant United States Attorney

_/s/_
ANGELA H. DOWS
Counsel for Defendant Brian Wright

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,            )
                                     )  Case No.: 2:14-cr-00357-APG-VCF
            Plaintiff,               )
                                     )  **ORDER**
    vs.                              )
                                     )
BRIAN WRIGHT,                        )
                                     )
            Defendant.               )
                                     )

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the ends of justice would best be served if the hearing on defendant's pending motion pursuant to Rule 41(g) be continued.

WHEREFORE, IT IS ORDERED that the hearing scheduled for March 31, 2020, at 10:00 a.m. be vacated and continued to <u>June 1, 2020, at     10:00 AM</u>

DATED this 5th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

The U.S. Marshal is directed to transport Brian Wright to and from the hearing.