# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>  Defendant. | 2:14-cr-00357-AGP-VCF<br><br>**ORDER** |

Before the Court is the Government's Motion to Continue Hearing on Defendant's Motion for Return of Property (ECF No. 462).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Government's Motion to Continue Hearing on Defendant's Motion for Return of Property (ECF No. 462) must be filed on or before August 31, 2020.

No reply necessary.

DATED this 24th day of August, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE