# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00357-APG-VCF |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the Court are Brian Wright's Motion for Transcripts of Hearing (ECF No. 476) and the government's Motion to Strike ECF NO. 476 (ECF NO. 477).

Angela Dows, Esq. was appointed as counsel of record for Mr. Wright on December 27, 2017. (ECF No. 390). Mr. Wright filed the instant motion on his own behalf. (ECF No. 476).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that government's Motion to Strike ECF NO. 476 (ECF NO. 477) is GRANTED.

The Clerk of Court is directed to STRIKE the Brian Wright's Motion for Transcripts of Hearing (ECF No. 476) from the docket.

DATED this 29th day of December, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE