# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00357-APG-VCF |
| Plaintiff | **Order Granting Unopposed Motion to Strike** |
| v. | [ECF No. 494] |
| BRIAN WRIGHT, | |
| Defendant | |

I ORDER that the United States of America's unopposed motion to strike **(ECF No. 494) is GRANTED**. The clerk of court is instructed to strike ECF No. 493.

DATED this 22nd day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE