# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00357-APG-VCF |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the Court is Government's motion to strike defendant's pro se filing (ECF NO. 498). Mr. Wright personally filed the motion (ECF No. 497) on his own behalf. No opposition has been filed to ECF No. 498.

On December 27, 2017, Angela Dows, Esq. was appointed as counsel of record for defendant Brian Wright. (ECF No. 390). Mr. Wright filed the instant motion on his own behalf. (ECF No. 497).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that Government's motion to strike defendant's pro se filing (ECF NO. 498) is GRANTED.

IT IS FURTHER ORDERED that the motion to prevent clerk from further tampering with the appellate record (ECF No. 497) is STRICKEN.

The Clerk of Court is directed to STRIKE the motion to prevent clerk from further tampering with the appellate record (ECF No. 497) from the docket.

DATED this 28th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE