# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00357-APG-NJK |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION** |
| v. | |
| BRIAN WRIGHT, | [ECF No. 505] |
| Defendant. | |

Defendant Brian Wright filed a "motion requesting [the] District Court to adhere to F.R.A.P. and notice of denial of access to the courts." ECF No. 505. The motion is defective for a few reasons.

First, Wright is represented by counsel in this case. "A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Local Rule IA 11-6(a). Wright's filing violates Local Rule IA 11-6(a).

Second, it is unclear what relief Wright is requesting. I am unaware of any actions performed or omitted by this court that violate the Federal Rules of Appellate Procedure. Nor am I aware of any motion filed by Wright in this case that was ignored by me or court staff. Nor has he been denied access to the court.

I THEREFORE ORDER that the defendant's motion **(ECF No. 505) is denied.**

Dated this 4th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE