1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

In Re the Matter of the United States of America v. Brian Wright

    Plaintiff(s),

 vs.

    Defendant(s).

Case #2:14-CR-357-APG-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Kyle B. Rice____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

____White and Williams LLP____
(firm name)

with offices at ____1650 Market Street Ste. 1800____,
(street address)

____Philadelphia____, ____Pennsylvania____, ____19103____,
(city)      (state)      (zip code)

____215-864-6842____, ____ricek@whiteandwilliams.com____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Federal Insurance Company____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1   3.      That since __October 29, 2019__, Petitioner has been and presently is a
                           (date)
2   member in good standing of the bar of the highest Court of the State of __Pennsylvania__
                                                                                  (state)
3   where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4   from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5   possession of the United States in which the applicant has been admitted to practice law certifying

6   the applicant's membership therein is in good standing.

7   4.      That Petitioner was admitted to practice before the following United States District

8   Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9   of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New Jersey | June 16, 2020 | 324812020 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19  5.      That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

None

2

DocVerify ID: 65989610-3FA6-4A92-9B10-99F08EB10280
www.docverify.com
Page 2 of 5   299F08EB10280
65989610-3FA6-4A92-9B10-99F08EB10280 --- 2023/02/02 07:40:13 -8:00 --- Remote Notary

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DocVerify ID: 65989610-3FA6-4A92-9B10-99F08EB10280
www.docverify.com
65989610-3FA6-4A92-9B10-99F08EB10280 --- 2023/02/02 07:40:13 -8:00 --- Remote Notary

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

                                                                               *Kyle Rice* (Signed on 2023/02/02 07:42:57 -8:00)

4 STATE OF __Pennsylvania__ )                 Petitioner's signature

5                                  )

6 COUNTY OF __Bucks__ )

7        __Kyle B. Rice__, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                          *Kyle Rice* (Signed on 2023/02/02 07:42:57 -8:00)

                                                                      Petitioner's signature

10 Subscribed and sworn to before me this

11 __2nd__ day of __February__, __2023__.

12

13 ____[signature]____ Clerk of Court      Commonwealth of Pennsylvania - Notary Seal
                                                                            Donna Maria Kobryn, Notary Public

14                                                                             Bucks County
                                                                            My Commission Expires Nov 15, 2024
                                                                            Commission Number 1087359
                                                                            Notary Stamp 2023/02/02 08:42:57 PST

15

16                                Notarial act performed by audio-visual communication

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate __Martin Melendrez__,

                                                                                                     (name of local counsel)

20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action. The address and email address of

22 said designated Nevada counsel is:

23 __1645 Village Center Circle Ste. 160__,

                                                                  (street address)

24 __Las Vegas__, __NV__, __89134__,

25                (city)                                  (state)                     (zip code)

26 __702-318-8800__, __mmelendrez@hawkinsmelendrez.com__.
    (area code + telephone number)            (Email address)

27

28                                                                               4                                                                         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Martin Melendrez__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Cara Tate_
(party's signature)

Cara Tate, Claim Director
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Martin I. Melendrez*
Designated Resident Nevada Counsel's signature

 7818            mmelendrez@hawkinsmelendrez.com
Bar number            Email address

APPROVED:

Dated: this  16th  day of  February , 20 23 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Kyle Blake Rice, Esq.*

### DATE OF ADMISSION

*October 29, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 13, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Kyle Blake Rice** (No. **324812020**) was constituted and appointed an Attorney at Law of New Jersey on **June 16, 2020** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 9th day of February, 2023.

*Heather J Baker*
Clerk of the Supreme Court

-453a-